[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10382
Non-Argument Calendar
_____

D.C. Docket No. 3:90-cr-00084-HES-JRK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VINCENT LAVETT ALLEN,
Pork Chop,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 30, 2015)

Before TJOFLAT, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

John Badalamenti, appointed counsel for Vincent Lavett Allen, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Allen's supervised release and his sentence are **AFFIRMED**.